**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVANNA E. MOLINA,<br><br>         Plaintiff,<br><br>    v.<br><br>BAC HOME LOAN SERVICING, LP,<br><br>         Defendants. | Case No. EDCV 11-01610 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE to refiling in state court.  The Court orders that such judgment be entered.


Dated: July 16, 2012

                              VIRGINIA A. PHILLIPS
                             United States District Judge