1
2
3
4                                    JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11 ALVANNA E. MOLINA,            )   Case No. EDCV 11-01610 VAP
                                 )   (OPx)
12            Plaintiff,         )
                                 )   **JUDGMENT**
13       v.                      )
                                 )
14 BAC HOME LOAN SERVICING,)
   LP,                           )
15                               )
              Defendants.        )
16 _____

17
   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:
18
        Pursuant to the Order filed herewith, IT IS ORDERED
19
   AND ADJUDGED that Plaintiff's Complaint is DISMISSED
20
   WITHOUT PREJUDICE to refiling in state court.  The Court
21
   orders that such judgment be entered.
22
23
24
   Dated: July 16, 2012          _____
25                                    VIRGINIA A. PHILLIPS
                                  United States District Judge
26
27
28